UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-217 (JLL) |
| MUKUND B. PATEL,<br>a/k/a "Mike" | : | ORDER FOR CONTINUANCE |

     This matter having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney), and defendant Mukund B. Patel, a/k/a "Mike" (by his attorney John A. Azzarello, Esq.) for an Order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and all parties having consented to the entry of this continuance order under the Speedy Trial Act, and good cause having been shown;

     IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

     1.    Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which agreement would render a trial in this matter unnecessary;

     2.    The Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___10th___ day of June, 2009,

IT IS ORDERED that Defense motions shall be filed by July 27, 2009; the Government's reply shall by filed by August 4, 2009; the Defense surreply, if any, shall be filed by August 7, 2009; the argument of the motions is scheduled for August 10, 2009; and the trial is scheduled for September 1, 2009; and

IT IS FURTHER ORDERED that the period from June 9, 2009 through September 1, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

_____
Anthony Moscato
Assistant U.S. Attorney

_____
John A. Azzarello, Esq
Counsel for Defendant