## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
John A. Azzarello, Esq. (JA 4363 )
560 Main Street, Chatham, New Jersey 07928
Telephone: 973-635-3366
Attorneys for Defendant Mukund B. Patel

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jose L. Linares, U.S.D.J. |
|  | Crim. No. 09-217 (JLL) |
| v. |  |
| MUKUND B. PATEL, | **CONSENT ORDER** |
| Defendant. |  |

**THIS MATTER** having come before the Court on the application of the Defendant, Mukund B. Patel, through his attorneys Arseneault, Whipple, Fassett & Azzarello, LLP (John A. Azzarello, Esq. appearing), for an Order directing United States Pretrial Services to return Defendant's Passport to Defendant; and the United States of America (through Assistant United States Attorney Anthony Moscato, Jr.) having consented to the entry of this Order; the Defendant having been sentenced by this Court on October 2, 2009 to a term of one (1) year probation on each of Counts 1 and 2 of the Indictment to run concurrent to one another; the Defendant having paid the fine of $5,000.00 assessed by the Court; the Defendant having paid the $200.00 Special Assessment; the Defendant having abided by all the terms and conditions of his probation; and for the reasons set forth above as well as just cause shown;

IT IS on this 8th day of June, 2010 **HEREBY ORDERED** that the United States Pretrial Services return Defendant's Passport to Defendant;

**IT IS HEREBY FURTHER ORDERED** that all the remaining terms and conditions of Defendant's probation remain in full force and effect until the completion of his one (1) year probationary term; and

**IT IS HEREBY FURTHER ORDERED** if the Defendant desires to utilize his Passport to leave the country prior to the expiration of his sentence he must first obtain the consent and approval of the Untied State Probation Office as well as the United States Attorney's Office and the Court.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**CONSENTED TO:**

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: _____
Anthony Moscato, Jr., Esq.
Assistant United States Attorney


ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant Mukund B. Patel

By: _____
John A. Azzarello, Esq.